**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEL MONTE FRESH PRODUCE N.A., INC. ) | |
| 241 Sevilla Avenue ) | CASE NO. |
| Coral Gables, FL  33134 ) | |
| ) | |
| Plaintiff, ) | JUDGE |
| ) |   FILED:  JULY 17, 2008 |
| v. ) |      08CV4069 |
| ) |      JUDGE CASTILLO |
| ECLIPSE PRODUCE, INC. ) |      MAGISTRATE JUDGE BROWN |
| f/d/b/a Eclipse Distribution, Inc. ) |      NF |
| 100 Batson Court, Suite 106 ) | |
| New Lenox, IL  60451 ) | |
| ) | |
|     and ) | |
| ) | |
| THOMAS R. WILMOTH ) | |
| 100 Batson Court, Suite 106 ) | |
| New Lenox, IL  60451 ) | |
| ) | |
|        Individually and in his ) | |
|        corporate capacity ) | |
| ) | |
|     and ) | |
| ) | |
| THOMAS HANYZEWSKI ) | |
| 100 Batson Court, Suite 106 ) | |
| New Lenox, IL  60451 ) | |
| ) | |
|        Individually and in his ) | |
|        corporate capacity ) | |
| ) | |
|       Defendants. ) | |

## <u>COMPLAINT</u>

Plaintiff Del Monte Fresh Produce N.A., Inc. ("Plaintiff") brings this civil action against

Defendants Eclipse Produce, Inc. f/d/b/a Eclipse Distribution, Inc. ("Eclipse Produce"), Thomas R.

Wilmoth, and Thomas Hanyzewski , individually and in their corporate capacity (collectively,

"Individual Defendants"), for damages and alleges as follows:

## I.  <u>JURISDICTION</u>

1.      Jurisdiction is vested in this Court pursuant to the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(b)(2) and §499e(c)(5)(i) ("PACA").

## II.  <u>VENUE</u>

2.      Venue is proper in this district pursuant to 28 U.S.C. §1391 in that the transactions which are the subject of this action occurred within this district, and in that the Defendants are domiciled in this district.

## III.  <u>PARTIES</u>

3.      Plaintiff is a Coral Gables, Florida based corporation engaged in the business of selling wholesale quantities of perishable agricultural commodities nationwide through interstate commerce.  At all times relevant herein, Plaintiff held federal produce license no. 19143736 from the U.S. Department of Agriculture / PACA Branch in good and active standing.

4.      Defendant Eclipse Produce is an Illinois corporation with its principal place of business in New Lenox, Illinois (Will County).  Defendant Eclipse Produce was, at all times relevant herein, acting as a dealer and commission merchant of perishable agricultural commodities in Illinois, and as such is subject to the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a *et seq.* ("PACA").  Defendant Eclipse Produce currently holds PACA license no. 20070059 in good and active standing.

2

5.      Individual Defendants are or were officers, directors and/or shareholders of Defendant Eclipse Produce during the relevant time period.  The Individual Defendants are or were persons in control of, and responsible for, the disposition of Defendant Eclipse Produce's assets, including its PACA trust assets.  The Individual Defendants are charged with a fiduciary duty to maintain the PACA trust.

### IV.  CLAIMS FOR RELIEF

### COUNT I

### ECLIPSE PRODUCE

**(Failure to Maintain Trust)**

6.      Plaintiff incorporates each and every allegation set forth in the preceding paragraphs as if fully rewritten herein.

7.      At Defendant Eclipse Produce's request, Plaintiff sold, on credit, to Defendant Eclipse Produce perishable agricultural commodities, as set forth on the following table:

| Plaintiff | Dates of Transactions | Commodities Sold | Total Amount Sold | Amount [1] Unpaid |
|---|---|---|---|---|
| Del Monte | 06-Feb-08 to 21-Mar-08 | Fresh Fruit | $39,317.00 | $39,317.00 |

8.      Plaintiff duly delivered the perishable agricultural commodities to Defendant Eclipse Produce.

---

[1]Plus accrued interest and attorneys fees.

3

9.      Defendant Eclipse Produce received and accepted the perishable agricultural commodities from Plaintiff.

10.     Pursuant to the payment terms between the parties, Defendant Eclipse Produce is in default with respect to the principal payment of $39,317.00 outstanding to Plaintiff.

11.     Pursuant to the trust provisions of PACA, 7 U.S.C. §499e(c)(2), and the Code of Federal Regulations promulgated thereunder, upon receipt of said commodities, a statutory trust arose in favor of Plaintiff as to all commodities received by Defendant Eclipse Produce, all inventories of food or other products derived from said commodities, and the proceeds from the sale of such commodities until _full_ payment is made for said commodities by Defendant Eclipse Produce to Plaintiff.

12.     Defendant Eclipse Produce has failed and refused to pay for the commodities it ordered, received and accepted from Plaintiff, despite due demand.

13.     On each of the outstanding invoices sent by Plaintiff to Defendant Eclipse Produce, Plaintiff, as a PACA licensee, placed the exact language statutorily prescribed by PACA to be placed on all invoices by a licensee to notify the buyer that a seller/supplier of perishable agricultural commodities is preserving its rights as a beneficiary to the statutory trust [7 U.S.C. §499e(c)(4)], plus interest and attorneys fees. (*See*, Statement of Account and copies of Plaintiff's unpaid invoices attached hereto as group Exhibit A.)

14.     Plaintiff is an unpaid creditor, supplier and seller of perishable agricultural commodities as those terms are defined under the PACA.

4

15.     Upon information and belief, Defendant Eclipse Produce has dissipated and is continuing to dissipate the *corpus* of the statutory trust which arose in favor of Plaintiff and grew upon each delivery to Defendant Eclipse Produce of perishable agricultural commodities.

16.     The failure of Defendant Eclipse Produce to hold in trust for the benefit of Plaintiff such perishable agricultural commodities received by it from Plaintiff, and all inventories of food or other products derived from said commodities, and the proceeds from the sale of such commodities until full payment of the sums owing to Plaintiff for said commodities, constitute violations of PACA and PACA Regulations [7 C.F.R. §46.46] and are unlawful, and, as a direct result, Plaintiff has suffered damages.

## COUNT II

## ALL DEFENDANTS

### (Dissipation of Trust Assets)

17.     Plaintiff incorporates each and every allegation set forth in the preceding paragraphs as if fully rewritten herein.

18.     Upon information and belief, proceeds obtained from the resale of the perishable agricultural commodities purchased on credit from Plaintiff by Defendant Eclipse Produce, that were needed to make full payment promptly to trust beneficiaries as required by PACA, were improperly expended by Defendant Eclipse Produce and the Individual Defendants for other purposes.

19.     On each of the outstanding invoices sent by Plaintiff to Defendant Eclipse Produce, Plaintiff, as a PACA licensee, placed the exact language statutorily prescribed by PACA to be placed on all invoices by a licensee to notify the buyer that a seller/supplier of perishable agricultural

commodities is preserving its rights as beneficiary to that statutory trust [7 U.S.C. §499e(c)(4)], plus interest and attorneys fees.  (*See*, group Exhibit A attached hereto.)

20.    Upon information and belief, Defendants received funds subject to the trust arising under 7 U.S.C. §499e(c), which should have been used to pay Plaintiff's outstanding invoices, but were not.

21.    As a direct result of the dissipation of trust assets by Defendant Eclipse Produce and the Individual Defendants, Plaintiff has suffered damages.

## COUNT III

## ECLIPSE PRODUCE, INC.

### (Failure to Pay Trust Funds / Unfair Conduct -- 7 U.S.C. §499(b))

22.    Plaintiff incorporates each and every allegation set forth in the preceding paragraphs as if fully rewritten herein.

23.    Defendant Eclipse Produce has failed and refused to pay Plaintiff the principal sum of $39,317.00 from the PACA trust without reasonable cause, which sum is unpaid and overdue to Plaintiff for the perishable agricultural commodities received and accepted by Defendant Eclipse Produce from Plaintiff.

24.    The failure of Defendant Eclipse Produce to make full payment promptly to Plaintiff from the statutory trust fund is a violation of PACA [7 U.S.C. §499(b)] and PACA Regulations, and, as a direct result, Plaintiff has suffered damages.

## COUNT IV

## ALL DEFENDANTS

### (Breach of Fiduciary Duty / Non-Dischargeability)

25.     Plaintiff incorporates each and every allegation set forth in the preceding paragraphs as if fully rewritten herein.

26.     Upon information and belief, from February 6, 2008 to March 21, 2008, the Individual Defendants managed, controlled and directed the credit purchase of perishable agricultural commodities from Plaintiff on behalf of Defendant Eclipse Produce.

27.     Upon information and belief, Defendants received, in the regular course of business, funds subject to the PACA statutory trust which were not used for the payment of Plaintiff's outstanding invoices.

28.     Upon information and belief, Defendants, in breach of their fiduciary obligations arising under PACA, directed the disbursement of trust funds for purposes other than making full and prompt payment to Plaintiff as required by PACA, 7 U.S.C. §499b(4), thereby heightening liability herein to a state of non-dischargeability pursuant to 11 U.S.C. §523(a).

29.     As a direct result of the foregoing, Defendant Eclipse Produce and the Individual Defendants have violated their fiduciary duties as trustees in failing and refusing to make the payments required to satisfy the priority trust interests of Plaintiff, and, as a direct result, Plaintiff has suffered damages.

## COUNT V

## ECLIPSE PRODUCE, INC.

### (Breach of Contract /Action on Account)

30.     Plaintiff incorporates each and every allegation set forth in the preceding paragraphs as if fully rewritten herein.

31.     From February 6, 2008 to March 21, 2008, Defendant Eclipse Produce contracted with Plaintiff to purchase fresh fruit on credit.  (*See*, group Exhibit A.)  Plaintiff complied with all terms of the contract.

32.     Pursuant to the payment terms between the parties, Defendant Eclipse Produce is in default to Plaintiff on all amounts unpaid and outstanding.

33.     Defendant Eclipse Produce breached the contract by failing and refusing to pay Plaintiff the principal sum of $39,317.00.  As a direct result, Plaintiff has suffered damages.

## COUNT VI

## ALL DEFENDANTS

### (Interest and Attorney Fees)

34.     Plaintiff incorporates each and every allegation set forth in the preceding paragraphs as if fully rewritten herein.

35.     Pursuant to PACA, 7 U.S.C. §499e(c), and the Code of Federal Regulations promulgated thereunder, Defendants were statutorily required to maintain a trust in favor of Plaintiff in order to make full payment to Plaintiff of said amount.

36.     As a result of the failure of Defendants to maintain the trust and to make full payment promptly, Plaintiff has been required to pay attorneys fees and costs in order to bring this action to compel payment of the trust *res*.

37.     As a result of the failure of Defendants to comply with their statutorily mandated duties to maintain the trust and make full payment promptly, Plaintiff has lost the use of said money.

38.     Plaintiff will not receive full payment as required by PACA, 7 U.S.C. §499e(c), if Plaintiff must expend part of said payment on attorneys fees, and litigation costs, and also suffer the loss of interest on the outstanding amounts owed, all because of violations by Defendants of their statutory duties to maintain the trust and make full payment promptly.

39.     In addition to the above allegations, Plaintiff maintains <u>express</u> claims for interest and attorneys fees based upon the terms on each invoice, as between merchants, and also based upon the signed Credit Application (*see*, Exhibit B attached hereto) which were all bargained terms of the contract and are sums owing in connection with the produce transaction pursuant to 7 U.S.C. §499(e)(c).  Interest to date totals $2,378.82 and is accruing daily at $19.39.  (*See*, PACA trust chart attached hereto as Exhibit C.)

## COUNT VII

## ALL DEFENDANTS

### (Creation of Common Fund)

40.     Plaintiff incorporates each and every allegation set forth in the preceding paragraphs as if fully rewritten herein.

41.    Plaintiff is commencing this lawsuit on behalf of itself and other similarly situated PACA trust creditors, and any and all monies recovered from Defendants and other third parties will be distributed on a pro-rata basis amongst the Plaintiff and all perfected PACA trust creditors properly joined as parties to this lawsuit.

**WHEREFORE**, Plaintiff Del Monte Fresh Produce N.A., Inc. respectfully prays that this Court issue an Order:

a.    granting non-dischargeable judgment in favor of Plaintiff and against Defendant Eclipse Produce, Inc. f/d/b/a Eclipse Distribution, Inc., and Individual Defendants Thomas R. Wilmoth and Thomas Hanyzewski, jointly and severally, in the principal amount of $39,317.00, together with pre- and post-judgment interest and the costs of this action;

b.    declaring and directing Defendants to establish and/or preserve a trust fund consisting of funds sufficient to pay Plaintiff's principal trust claim of $39,317.00, plus interest;

c.    enjoining, until the entry of the relief herein requested and compliance therewith, Defendants and their agents, employees and representatives from in any way, directly or indirectly, transferring, assigning or otherwise disposing of the above-described trust fund, or any interest therein, in whole or in part, absolutely or as security;

d.    declaring and directing Defendants to assign, transfer, deliver and turn over to Plaintiff as much of the above-described trust fund as is necessary to fully compensate Plaintiff for the damages it has suffered and continues to suffer;

e.     granting Plaintiff reasonable costs and expenses, including attorneys fees in this action, and such other relief, whether in law or in equity, as this Court deems just and proper.

Respectfully submitted,

Dated: July 17, 2008

/s/ Mark A. Amendola
MARK A. AMENDOLA
  Ohio Bar I.D. No. 0042645
  Admitted to the Northern District of Illinois
MARTYN AND ASSOCIATES
820 Superior Avenue, N.W.
Tenth Floor
Cleveland, Ohio  44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
mamendola@martynlawfirm.com

Counsel for Plaintiff Del Monte Fresh Produce N.A., Inc.

```
08CV4069
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN
NF
```

# EXHIBIT A

DMFP North America

DMFP AR US - Aging - 7 Buckets (180 Chars)
As of  28-MAY-08

Report Date:  2008/05/28 07:45
Page:  1

Reporting Level:        Operating Unit

Reporting Entity:       DMFP_NA_TRADE

Order By:               Customer

Balancing Segment:  102

| Invoice Number | Type Po #/Ref# | Trans Date | Original Amount | Current | 11-21 Days | 22-30 Days | 31-60 Days | 61-90 Days | 91-180 Days | Over 180 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| ECLIPSE DISTRIBUTION INC. | | | | | | | | | | |
| 455264 | ECLIPSE DISTRIBUTION INC., 863 D CENTER STREET, SHOREWOOD, | | | | | IL O. TOM WILMOTH | | | 815 553-1500 | |
| | 455263 | | | | | | | | | |
| 7484401 | PROF 7-513 | 06-FEB-08 | 11884.25 | | | | | | 2,128.00 | |
| 7486550 | PROF 7-156 | 12-FEB-08 | 9125.00 | | | | | | 9,125.00 | |
| 7498423 | PROF 7-523 | 14-MAR-08 | 14025.00 | | | | | 14,025.00 | | |
| 7498559 | PROF 7-531 | 14-MAR-08 | 5561.50 | | | | | 5,561.50 | | |
| 7501663 | PROF 7-529 | 21-MAR-08 | 8477.50 | | | | | 8,477.50 | | |
| Total : | | | 39,317.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28,064.00 | 11,253.00 | 0.00 |
| | | | | 0.00% | 0.00% | 0.00% | 0.00% | 71.38% | 28.62% | 0.00% |

Site Credit Memos:        0.00
Site Payments:            0.00
Site Balance:        39,317.00

Customer Credit Memos:    0.00
Customer Payments:        0.00

Customer Type Total:   39,317.00

| Company Total: | | | 39,317.00 | | | | | | | |

| Grand Total: | | | 39,317.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28,064.00 | 11,253.00 | 0.00 |
| | | | | 0.00% | 0.00% | 0.00% | 0.00% | 71.38% | 28.62% | 0.00% |

Total Payments and Credit Memos:        0.00

# INVOICE

**Correspondence to:**
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL  33114-9222
(305) 520-8400

**Remit Payments To:**
DEL MONTE FRESH PRODUCE N.A., INC.
33979 TREASURY CENTER
CHICAGO    IL    60694-3900

**Bill To:**
ECLIPSE DISTRIBUTION INC.
863 D CENTER STREET

SHOREWOOD     IL  60404-8512
**[6040485120]**

**Ship To:**
ECLIPSE DISTRIBUTION INC.
863 D CENTER COURT

SHOREWOOD     IL  60404

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|-----------|--------------|-----------|---------|-------|-------|--------------|------------|
| 7486550 | 02/12/08 | 02/08/08 | JF1660 | 7-156 | | 556125  WI | GMG0806 |

| PRODUCT DESCRIPTION | | | | | | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | 015 | 40 | DM | CANTALOUPES | P S | CR | PMW | PM | PM | 1120 | $8.00 | $8,960.00 |
| XP | | 65 | | BLUE CHEP PALLETS | S | US | PMW | PM | PM | 20 | $8.25 | $165.00 |

| | | |
|---|---|---|
| **Invoice Total Please Remit In U.S. Dollars** | | **$9,125.00** |

**Sales Person:** 095
**Customer #/Code:** 455264    /ECLIPSHOR
**Trade Terms:**    - F.O.B. SHIPPING POINT
**Order Type:** REGULAR

### TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale.  You may obtain a copy of the Terms and Conditions of Sale by writing to:
Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL  33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act,
1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities
and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees  plus the cost of all legal
action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

### COPY - NOT AN ORIGINAL INVOICE

# DEL MONTE FRESH PRODUCE N.A., INC.  REMITTANCE ADVICE

| | | | |
|---|---|---|---|
| *Bill To:* | 455264 | *Invoice #:* | 7486550 |
| *Bill To Name:* | ECLIPSE DISTRIBUTION INC. | *Invoice Date:* | 02/12/08 |
| *P.O. #:* | 7-156 | *Invoice Amount:* | $9,125.00 |
| | | *Remittance Amount:* | |

Ship From   **Del Monte Fresh Produce N.A., Inc.**

Port Manatee Warehouse
Berth 11 Warehouse
Tampa Bay  FL  34221
　　　　　0

| | |
|---|---|
| Bill To: | ECLIPSE DISTRIBUTION INC.<br>863 D CENTER STREET<br>SHOREWOOD      IL      604048512 |

**Sales Order# JF1660**
DM Truck ID: 3057246

Ship Date: 02/08/08
Sales Person: Crumb, Mark
P.O. Number 1:
P.O. Number 2:
Carrier:

| | |
|---|---|
| Ship To: | ECLIPSE DISTRIBUTION INC.<br>863 D CENTER COURT<br><br>SHOREWOOD              IL<br>(815) 744-2900 |

| UNITS | COMMODITY DESCRIPTION |
|---|---|
| 20 | United States BLUE CHEP PALLETS |
| 1120 | Costa Rica Cantaloupes Del Monte Size 15 Surface Palletized |

Shipping Instructions:

| | |
|---|---|
| Temp Recorder(s): | Total Est. Net Weight: 46,100 |
| Total Quantity Shipped: 1140 | Total Palletized Weight: 44,500 |
| Carrier: SBF | Time In: 13:18:22 |
| License: 556125  WI | Time Out: 15:10:45 |

**DRIVER READ CAREFULLY BEFORE SIGNING:**

o **Maintain delivery air temperature @**   **38°F**   in continuous operation mode.  Failure to do so may result in damage claims.  Notify shipper of any significant variations.

o I have received the merchandise described above in good shipping condition and have verified the count.

o I am satisfied that said manifest is loaded and properly braced, and I will be responsible for shortages and damages.

o The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

o Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.

o Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsibile for any and all claims for loss or damage to cargo.

| | | |
|---|---|---|
| DRIVER'S SIGNATURE | Page # 1 of 1 | SHIPPER'S SIGNATURE |

# INVOICE

*Correspondence to:*
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

*Remit Payments To:*
DEL MONTE FRESH PRODUCE N.A., INC.
33979 TREASURY CENTER
CHICAGO IL 60694-3900

*Bill To:*
ECLIPSE DISTRIBUTION INC.
863 D CENTER STREET

SHOREWOOD IL 60404-8512
**[6040485120]**

*Ship To:*
ECLIPSE DISTRIBUTION INC.
863 D CENTER COURT

SHOREWOOD IL 60404

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 7498423 | 03/14/08 | 03/06/08 | JJ2980 | 7.523 | | HPO862 MN | TC0810 |

| PRODUCT DESCRIPTION | | | | | | OR WHS UP SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| HD | 006 | 28 | DM | HONEYDEW | | P S TC CR CMW CM CM | 1155 | $9.00 | $10,395.00 |
| HD | 005 | 28 | DM | HONEYDEW | | P S TC CR CMW CM CM | 385 | $9.00 | $3,465.00 |
| XP | 065 | | | BLUE CHEP PALLETS | | S US CMW CM CM | 20 | $8.25 | $165.00 |

| *Invoice Total Please Remit In U.S. Dollars* | **$14,025.00** |
|---|---|

*Sales Person:* 095
*Customer #/Code:* 455264 /ECLIPSHOR
*Trade Terms:* - F.O.B. SHIPPING POINT
*Order Type:* REGULAR

## TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale. You may obtain a copy of the Terms and Conditions of Sale by writing to:
Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL 33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

## COPY - NOT AN ORIGINAL INVOICE

# DEL MONTE FRESH PRODUCE N.A., INC. REMITTANCE ADVICE

*Bill To:* 455264

*Bill To Name:* ECLIPSE DISTRIBUTION INC.

*P.O. #:* 7.523

*Invoice #:* 7498423

*Invoice Date:* 03/14/08

*Invoice Amount:* $14,025.00

*Remittance Amount:*

# BILL OF LADING

**Ship From**          **Del Monte Fresh Produce N.A., Inc.**

Port Camden Warehouse
2500 Broadway
Camden NJ 08101
                    0

Bill To: | ECLIPSE DISTRIBUTION INC.
863 D CENTER STREET
SHOREWOOD        IL        604048512

**Sales Order# JJ2980**

DM Truck ID: 3077126

Ship Date: 03/06/08
Sales Person: Crumb, Mark
P.O. Number 1:
P.O. Number 2:
Carrier:

Ship To: | ECLIPSE DISTRIBUTION INC.
863 D CENTER COURT

SHOREWOOD          IL
(815) 744-2900

| UNITS | COMMODITY DESCRIPTION |
|---|---|
| 1155 | Costa Rica Honeydew Del Monte Size 6 TRAY PACK CARTON Surface Palletized |
| 20 | United States BLUE CHEP PALLETS |
| 385 | Costa Rica Honeydew Del Monte Size 5 TRAY PACK CARTON Surface Palletized |

Shipping Instructions:

| | |
|---|---|
| Temp Recorder(s): | Total Est. Net Weight: 44,420 |
| Total Quantity Shipped: 1560 | Total Palletized Weight: 44,000 |
| Carrier: LESSORS | Time In: 15:49:42 |
| License: HPO862  MN | Time Out: 20:00:46 |

**DRIVER READ CAREFULLY BEFORE SIGNING:**

o **Maintain delivery air temperature @**  **45°F**  in continuous operation mode.  Failure to do so may result in damage claims.  Notify shipper of any significant variations.

o I have received the merchandise described above in good shipping condition and have verified the count.
o I am satisfied that said manifest is loaded and properly braced, and I will be responsible for shortages and damages.
o The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
o Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.
o Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsibile for any and all claims for loss or damage to cargo.

DRIVER'S SIGNATURE          Page # 1 of 1          SHIPPER'S SIGNATURE

No. 0551   P. 4          May. 20. 2008 10:08AM

# INVOICE

**Correspondence to:**
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

**Remit Payments To:**
DEL MONTE FRESH PRODUCE N.A., INC.
33979 TREASURY CENTER
CHICAGO    IL    60694-3900

**Bill To:**
ECLIPSE DISTRIBUTION INC.
863 D CENTER STREET

SHOREWOOD    IL    60404-8512
**[6040485120]**

**Ship To:**
ECLIPSE DISTRIBUTION INC.
863 D CENTER COURT

SHOREWOOD    IL    60404

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 7498559 | 03/14/08 | 03/07/08 | JJ5211 | 7-531 | | | GAU0810 |

| PRODUCT DESCRIPTION | | | | | | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | 009 | JB | 50 | DM | CANTALOUPES | P S | GU | PMW | PM | PM | 923 | $6.00 | $5,538.00 |
| XP | | 65 | | | BLUE CHEP PALLETS | S | US | PMW | PM | PM | 22 | $0.00 | $0.00 |
| TI | 099 | TR | | | RYAN TEMP. RECORDER | | | | | PM | 1 | $23.50 | $23.50 |

*Invoice Total Please Remit In U.S. Dollars*  **$5,561.50**

**Sales Person:** 095
**Customer #/Code:** 455264    /ECLIPSHOR
**Trade Terms:**    - F.O.B. SHIPPING POINT
**Order Type:** REGULAR

## TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale. You may obtain a copy of the Terms and Conditions of Sale by writing to:
Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL 33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

## COPY - NOT AN ORIGINAL INVOICE

# DEL MONTE FRESH PRODUCE N.A., INC.  REMITTANCE ADVICE

| | | | |
|---|---|---|---|
| *Bill To:* | 455264 | *Invoice #:* | 7498559 |
| *Bill To Name:* | ECLIPSE DISTRIBUTION INC. | *Invoice Date:* | 03/14/08 |
| *P.O. #:* | 7-531 | *Invoice Amount:* | $5,561.50 |
| | | *Remittance Amount:* | |

# BILL OF LADING

**Del Monte Fresh Produce N.A., Inc.**

Ship From

Port Manatee Warehouse
Berth 11 Warehouse
Tampa Bay  FL  34221
0

**119**
**5**

Bill To: | ECLIPSE DISTRIBUTION INC.
863 D CENTER STREET
SHOREWOOD      IL      604048512

Ship To: | ECLIPSE DISTRIBUTION INC.
863 D CENTER COURT

SHOREWOOD          IL
(815) 744-2900

**Sales Order# JJ5211**
DM Truck ID: 3077592
Ship Date: 03/07/08
Sales Person: Crumb, Mark
P.O. Number 1:
P.O. Number 2:
Carrier:

| UNITS | COMMODITY DESCRIPTION |
|-------|-----------------------|
| 22 | United States BLUE CHEP PALLETS |
| 923 | Guatemala Cantaloupes Del Monte Jumbo Size 9 Surface Palletized |

Shipping Instructions:

Temp Recorder(s): F298588
Total Quantity Shipped: 945
Carrier: GPS EXPRESS
License:

Total Est. Net Weight: 47,580
Total Palletized Weight: 47,249
Time In: 11:05:50
Time Out: 12:06:11

**DRIVER READ CAREFULLY BEFORE SIGNING:**

o **Maintain delivery air temperature @**  **38°F**  in continuous operation mode.  Failure to do so may result in damage claims.  Notify shipper of any significant variations.

o I have received the merchandise described above in good shipping condition and have verified the count.

o I am satisfied that said manifest is loaded and properly braced, and I will be responsible for shortages and damages.

o The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

o Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.

o Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsible for any and all claims for loss or damage to cargo.

DRIVER'S SIGNATURE          Page # 1 of 1          SHIPPER'S SIGNATURE

# INVOICE

**Correspondence to:**
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

**Remit Payments To:**
DEL MONTE FRESH PRODUCE N.A., INC.
33979 TREASURY CENTER
CHICAGO　IL　60694-3900

**Bill To:**
ECLIPSE DISTRIBUTION INC.
863 D CENTER STREET

SHOREWOOD　　IL　60404-8512
**[6040485120]**

**Ship To:**
ECLIPSE DISTRIBUTION INC.
863 D CENTER COURT

SHOREWOOD　　IL　60404

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 7501663 | 03/21/08 | 03/21/08 | JM3753 | 7-529 | | U06686　TN | HC0812 |

| PRODUCT DESCRIPTION | | | | | | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | 009 | 40 | DM | CANTALOUPES | P S | GU | PMW | PM | PM | 448 | $6.00 | $2,688.00 |
| HD | 005 | 28 | DM | HONEYDEW | P S | GU | PMW | PM | PM | 210 | $9.00 | $1,890.00 |
| HD | 006 | 28 | DM | HONEYDEW | P S | GU | PMW | PM | PM | 210 | $9.00 | $1,890.00 |
| CA | 012 | 40 | RO | CANTALOUPES | P S | GU | PMW | PM | PM | 331 | $6.00 | $1,986.00 |
| XP | | 65 | | BLUE CHEP PALLETS | S | US | PMW | PM | PM | 20 | $0.00 | $0.00 |
| TI | 099 | TR | | RYAN TEMP. RECORDER | | | | | PM | 1 | $23.50 | $23.50 |

| Invoice Total Please Remit In U.S. Dollars | $8,477.50 |
|---|---|

**Sales Person:** 095
**Customer #/Code:** 455264　　/ECLIPSHOR
**Trade Terms:**　- F.O.B. SHIPPING POINT
**Order Type:** REGULAR

## TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale. You may obtain a copy of the Terms and Conditions of Sale by writing to:
Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL 33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

## COPY - NOT AN ORIGINAL INVOICE

# DEL MONTE FRESH PRODUCE N.A., INC.  REMITTANCE ADVICE

| | | | |
|---|---|---|---|
| **Bill To:** | 455264 | **Invoice #:** | 7501663 |
| **Bill To Name:** | ECLIPSE DISTRIBUTION INC. | **Invoice Date:** | 03/21/08 |
| **P.O. #:** | 7-529 | **Invoice Amount:** | $8,477.50 |
| | | **Remittance Amount:** | |

**Ship From**  **Del Monte Fresh Produce N.A., Inc.**

Port Manatee Warehouse
Berth 11 Warehouse
Tampa Bay FL 34221
0

**25**

Bill To: ECLIPSE DISTRIBUTION INC.
863 D CENTER STREET
SHOREWOOD IL 604048512

Ship To: ECLIPSE DISTRIBUTION INC.
863 D CENTER COURT

SHOREWOOD IL
(815) 744-2900

**Sales Order# JM3753**
DM Truck ID: 3089178
Ship Date: 03/21/08
Sales Person: Crumb, Mark
P.O. Number 1: 7-529
P.O. Number 2:
Carrier:

| UNITS | COMMODITY DESCRIPTION |
|-------|----------------------|
| 331 | Guatemala Cantaloupes Rosy Size 12 Surface Palletized |
| 210 | Guatemala Honeydew Del Monte Size 5 Surface Palletized |
| 210 | Guatemala Honeydew Del Monte Size 6 Surface Palletized |
| 20 | United States BLUE CHEP PALLETS |
| 448 | Guatemala Cantaloupes Del Monte Size 9 Surface Palletized |

Shipping Instructions:

Temp Recorder(s): F298741
Total Quantity Shipped: 1219
Carrier: TCT
License: U06686 TN

Total Est. Net Weight: 44,220
Total Palletized Weight: 43,791
Time In: 16:48:36
Time Out: 22:35:56

**DRIVER READ CAREFULLY BEFORE SIGNING:**

o Maintain delivery air temperature @ **45°F** in continuous operation mode. Failure to do so may result in damage claims. Notify shipper of any significant variations.

o I have received the merchandise described above in good shipping condition and have verified the count.
o I am satisfied that said manifest is loaded and properly braced; and I will be responsible for shortages and damages.
o The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
o Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.
o Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsibile for any and all claims for loss or damage to cargo.

X _____
DRIVER'S SIGNATURE  Page # 1 of 1  SHIPPER'S SIGNATURE

```
08CV4069
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN
NF
```

# EXHIBIT B

# DEL MONTE FRESH PRODUCE N.A., INC.

## CONFIDENTIAL CREDIT LINE APPLICATION

PAGE 2

COMPANY NAME

## ECLIPSE DIST. INC.

### REQUEST FOR FINANCIAL INSTITUTION REFERENCE (FOR FINANCIAL INSTITUTION USE ONLY)

REFERENCE: THE COMPANY NAMED BELOW HAS GIVEN YOUR NAME AS A CREDIT REFERENCE, TO ASSIST IT IN ESTABLISHING AN ACCOUNT WITH US, WE GREATLY APPRECIATE YOUR HELP AND PLEDGE THAT ANY INFORMATION YOU PROVIDE TO US WILL BE HANDLED IN THE STRICTEST CONFIDENCE.

| REQUEST | |
|---|---|
| TO: NAME OF TRADE OR FINANCIAL INSTITUTION) | FROM<br>DEL MONTE FRESH PRODUCE N.A., INC.<br>P.O. BOX 149222     TEL: (305) 520 - 8145 OR 8177<br>CORAL GABLES, FL 33114-9222    FAX: (305) 445 - 2489 |
| SIGNATURE OF CREDIT MANAGER | DATE |

### ☑ APPLICANTS AUTHORIZATION FOR FINANCIAL INSTITUTION REFERENCE (APPLICANT PLEASE COMPLETE)

TO WHOM IT MAY CONCERN: WE HAVE APPLIED FOR A LINE OF CREDIT TO THE ABOVE NAMED COMPANY AND HEREBY AUTHORIZE YOU TO RELEASE THE INFORMATION REQUESTED. YOUR RESPONSE IS SOLELY A MATTER OF COURTESY FOR WHICH NO RESPONSIBILITY IS ATTACHED TO YOUR FIRM OR ANY OF YOUR OFFICERS OR EMPLOYEES. PLEASE ACCEPT THIS FACSIMILE SIGNATURE BELOW AS YOUR AUTHORITY TO RELEASE THE REQUESTED INFORMATION.

| AUTHORIZATION | |
|---|---|
| NAME AND ADDRESS OF APPLICANT | SIGNATURE OF APPLICANT (AUTHORIZED PARTY) |
| ECLIPSE DIST. INC.<br>863 b CENTER CT.<br>SHOREWOOD, IL. 60431 | x _Thomas Wilmoth_<br>x _Thomas Wilmoth   Secretary Treas_<br>PLEASE PRINT NAME           TITLE |

### ☑ OFFICERS

| NAME OF PARTNER, MAJOR STOCKHOLDERS AND OFFICERS | % OWNED | TITLE | PHONE |
|---|---|---|---|
| BILL WENNLUND | 34 | PRESIDENT | |
| TOM WILMOTH | 33 | SEC. Trea | |
| BRENT SCHMIT | 33 | | |

### ☑ AUTHORIZATION

FINANCIAL STATEMENTS
IN ORDER TO PROPERLY ESTABLISH YOUR CREDIT REQUEST, WE REQUIRE YOUR COMPANY'S MOST RECENT YEAR END INCOME STATEMENT & BALANCE SHEET. PLEASE ATTACH TO THIS FORM SO THAT WE MAY PROMPTLY PROCESS YOUR APPLICATION.

AUTHORIZATION

BY SIGNING THEIR SIGNATURES BELOW THE UNDERSIGNED AUTHORIZES DEL MONTE FRESH PRODUCE N.A., INC. AND/OR ITS AGENTS TO INVESTIGATE ANY AND ALL REFERENCES LISTED HEREIN AND ANY STATEMENT OR OTHER DATA OBTAINED FROM AND PERSONS PERTAINING TO THE CREDITWORTHINESS OR FINANCIAL RESPONSIBILITY AND CAPACITY OF THE APPLICANT. THE UNDERSIGNED FURTHER AGREES TO PAY WHEN DUE, PAY TO DATE FROM INVOICE DATE, ALL INVOICES FROM DEL MONTE FRESH PRODUCE N.A., INC. AND/OR TO PAY ALL COSTS OF COLLECTION, INCLUDING, BUT NOT LIMITED TO, ATTORNEYS FEES AND COURT COSTS, IN THE EVENT OF DEFAULT.

☑ SIGNATURE _Thomas Wilmoth_     DATE 7-8-00

☑ PRINT NAME _Thomas Wilmoth_    TITLE _Secretary - Treasurer_

### PLEASE COMPLETE ALL AREAS MARKED ☑     THANK YOU FOR YOUR COOPERATION !!!!

 **Del Monte**

# DEL MONTE FRESH PRODUCE N.A., INC.

## CONFIDENTIAL CREDIT LINE APPLICATION

THIS APPLICATION CONTAINS CONFIDENTIAL INFORMATION FOR CREDIT VERIFICATION. IT IS INTENDED FOR THE EXCLUSIVE USE OF DEL MONTE FRESH PRODUCE N.A., INC. AND ITS AGENTS. THIS INFORMATION WILL BE HELD IN THE STRICTEST CONFIDENCE.

THE UNDERSIGNED HEREBY MAKES APPLICATION FOR A CREDIT LINE OF $ _____ ON THIS DATE  9/8 2000

### ☑ COMPANY GENERAL INFORMATION

COMPANY NAME: **ECLIPSE DIST. INC.**

PLEASE CHECK ONE: ☒ CORPORATION __ PARTNERSHIP __ SOLE PROPRIETORSHIP

YEAR ESTABLISHED: **7/12/00**

BILLING ADDRESS (STREET, CITY, STATE AND ZIP CODE): **863 D CENTER CT. SHOREWOOD, IL.  60431**
TELEPHONE: **815-744-2900**  FAX: **815-744-2922**

SHIPPING ADDRESS (STREET, CITY, STATE AND ZIP CODE) (IF DIFFERENT THAN ABOVE): —
TELEPHONE: —  FAX: —

NATURE OF BUSINESS: **Produce Sales & Transport.**
ANNUAL SALES: —
ORIGINAL OWNERS? ☒ YES __ NO
IF "NO", PLEASE PROVIDE BRIEF HISTORY OF OWNERSHIP: —

REGARDING THIS APPLICATION, CONTACT: **TOM WILMOTH**
TELEPHONE: **SAME**
ACCOUNTS PAYABLE CONTACT & TITLE: **SAME**
TELEPHONE: **SAME**

PARENT COMPANY (IF APPLICABLE): —
APPLICANT IS A __ SUBSIDIARY __ DIVISION
DOES PARENT COMPANY GUARANTEE DEBTS? __ YES __ NO
IF YES, CONTACT: ___ TITLE: ___

MAILING ADDRESS (STREET, CITY, STATE AND ZIP CODE): —
TELEPHONE: —  YEAR ESTABLISHED: —

### ☑ TRADE REFERENCES

1. COMPANY NAME: **DIETZ + KOLODENKO**
MAILING ADDRESS: **CHICAGO, IL. DOOR 56-58 S. WATER MKT.**
DATE ACCOUNT OPENED: —
NATURE OF BUSINESS: **PRODUCE RECEIVER**
CONTACT NAME: **NICK GAGLION**
CURRENT BALANCE: —
TELEPHONE: **312-666-6320**  FAX: **312-666-7866**
ACCOUNT NUMBER: —

2. COMPANY NAME: **EVERGREEN**
MAILING ADDRESS: **CHICAGO, IL. DOOR 46,8 S. WATER MARKET**
DATE ACCOUNT OPENED: —
NATURE OF BUSINESS: **PRODUCE RECIEVER**
CONTACT NAME: **RICH DOMALALA**
CURRENT BALANCE: —
TELEPHONE: **312-421-6434**  FAX: **312-421-4289**
ACCOUNT NUMBER: —

3. COMPANY NAME: **PACIFIC GOLD FARMS**
MAILING ADDRESS: **P.O. BOX 630, WATSONVILLE, CA.**
DATE ACCOUNT OPENED: —
NATURE OF BUSINESS: **PRODUCE SHIPPER**
CONTACT NAME: **STEVE JOHNSTON**
CURRENT BALANCE: —
TELEPHONE: **831-728-4224**  FAX: **831-728-2932**
ACCOUNT NUMBER: —

### ☑ FINANCIAL INSTITUTIONS

1. FINANCIAL INSTITUTION: **1ST BANK OF JOLIET**
TYPE OF ACCOUNT: __ LEASE ☒ CREDIT LINE __ MONEY MARKET __ CHECKING __ COMMERCIAL __ OTHER (EXPLAIN)
ACCOUNT NUMBER: **192409**

MAILING ADDRESS: **78 N. CHICAGO ST. JOLIET, IL**
CONTACT NAME: **TERRY HACKET**
CURRENT BALANCE: —
TELEPHONE: **815-726-4371**  FAX: **815-726-2530**

2. FINANCIAL INSTITUTION: —
TYPE OF ACCOUNT: __ LEASE __ CREDIT LINE __ MONEY MARKET __ CHECKING __ COMMERCIAL __ OTHER (EXPLAIN)
ACCOUNT NUMBER: —
MAILING ADDRESS: —
CONTACT NAME: —  CURRENT BALANCE: —  TELEPHONE: —  FAX: —

---

NO D+B DATA
No RED OR BLUE BOOK
#001483  - 9/1/2000
NO COMPLAINTS

08CV4069
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN
NF

**PACA TRUST CHART**

**PACA Trust Creditor:**          Del Monte Fresh Produce N.A., Inc.

*NAME OF DEBTOR/DEFENDANT*          Eclipse Produce, Inc. f/b/a Eclipse Distribution, Inc.
**COURT and CASE NUMBER**          U.S. District Court, Northern District of Illinois

| Invoice Number | Date of Invoice | Date Notice Given | Payment Due Date | Invoice Amount Due | Number of Days Overdue 7/17/08 | Accrued Interest through 7/17/08* | PACA Trust Amount |
|---|---|---|---|---|---|---|---|
| 7484401 | 2/6/08 | 2/6/08 | 2/16/08 | $2,128.00 | 152 | $159.51 | $2,287.51 |
| 7486550 | 2/12/08 | 2/12/08 | 2/22/08 | $9,125.00 | 146 | $657.00 | $9,782.00 |
| 7498423 | 3/14/08 | 3/14/08 | 3/24/08 | $14,025.00 | 115 | $795.39 | $14,820.39 |
| 7498559 | 3/14/08 | 3/14/08 | 3/24/08 | $5,561.50 | 115 | $315.41 | $5,876.91 |
| 7501663 | 3/21/08 | 3/21/08 | 3/31/08 | $8,477.50 | 108 | $451.51 | $8,929.01 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *** Add daily interest in the amount of** | | | | $19.39 | *from July 17, 2008* | | |
| *** Add attorney's fees incurred (approximate)** | | | | | | | **unliquidated** |
| | | **TOTAL** | | $39,317.00 | | $2,378.82 | $41,695.82 |

          * Calculated at the rate of          18.00%          annually
         ** Add daily interest in the amount of          $19.39          from July 17, 2008
        *** Claimant reserves the right to include recoverable attorney's fees within Claimaint's PACA trust claim.

**EXHIBIT C**