**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number: |
|---|---|---|
| Del Monte Fresh Produce N.A., Inc., | Plaintiff | FILED:  JULY 17, 2008 |
| v. | | 08CV4069 |
| Eclipse Produce, Inc. | | JUDGE CASTILLO |
| f/d/b/a Eclipse Distribution, Inc., et al. | Defendants. | MAGISTRATE JUDGE BROWN  NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff:   Del Monte Fresh Produce N.A., Inc.

| | |
|---|---|
| NAME (Type or print) | |
| | Mark A. Amendola, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | s/ *Mark A. Amendola* |
| FIRM | |
| | Martyn and Associates |
| STREET ADDRESS | |
| | 820 Superior Avenue, N.W., Tenth Floor |
| CITY/STATE/ZIP | |
| | Cleveland, Ohio   44113 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | (216) 861-4700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☒   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |