IN THE CIRCUIT COURT OF NORTHERN DISTRICT OF ILLINOIS

Del Monte Fresh Produce NA., Inc.

Plaintiff(s)

Court No.: 08 CV 4069

VS.

Eclipse Produce, Inc., et al.

Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Craig A Caruso, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Summons and Complaint

Defendant to be served: Eclipse Product, Inc. f/d/b/a Eclipse Distribution, Inc.

SERVED the within named defendant on: 7/25/2008 @ 11:50 AM

ADDRESS WHERE ATTEMPTED OR SERVED: 100 Batson Court Suite 106
New Lenox, IL, 60451

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 41  Gender Male  Race Caucasian  Height 6-1  Weight 201-225  Hair Brown  Glasses No

✓ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Thomas Wilmoth, (Title) President, a person authorized to accept service and informed that person of the contents thereof.

Additional Comments:
Recipient signed signature for Summons.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this 25 day of July, 2008

Notary Public

Signature of Process Server

OFFICIAL SEAL
ANN GURTLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/02/11

Job ID: 477342

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DEL MONTE FRESH PRODUCE NA., INC.

                Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

ECLIPSE PRODUCE, INC.
f/d/b/a Eclipse Distribution, Inc., et al.

                Defendants.

CASE NUMBER: 08CV4069

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Eclipse Produce, Inc. f/d/b/a Eclipse Distribution, Inc.
100 Batson Court, Suite 106
New Lenox, IL  60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark A. Amendola, Esq.
Martyn and Associates
820 Superior Avenue, N.W.
Tenth Floor
Cleveland, OH  44113

an answer to the complaint which is herewith served upon you, _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Nadine Chirley* (signature)

(By) DEPUTY CLERK

July 17, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/25/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CRAIG CARUSO | PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 100 BATSON CT (UNIT 106) NEW LENOX, IL. 60451

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/25/08
　　　　　　　Date　　　　　　Signature of Server

1321 OTTAWA Drive, New Lenox, IL 60451
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

477342