**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DEL MONTE FRESH PRODUCE N.A., INC. | ) | |
| | ) | CASE NO. 08-CV-4069 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE CASTILLO |
| | ) | |
| ECLIPSE PRODUCE, INC. | ) | |
| f/d/b/a Eclipse Distribution, Inc., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff Del Monte Fresh Produce N.A., Inc., by and through counsel, and hereby voluntarily dismisses all causes of action against all Defendants without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

Dated: August 22, 2008

 /s/ Mark A. Amendola
MARK A. AMENDOLA
  Ohio Bar I.D. No. 0042645
  Admitted to the Northern District of Illinois
MARTYN AND ASSOCIATES
820 Superior Avenue, N.W.
Tenth Floor
Cleveland, Ohio  44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
mamendola@martynlawfirm.com

Counsel for Plaintiff Del Monte Fresh Produce N.A., Inc.

## CERTIFICATE OF SERVICE

A copy of the foregoing Plaintiff's Notice of Voluntary Dismissal was filed and served to all counsel of record through the Court's ECF system and also served upon the following via regular U.S. Mail, postage pre-paid, this 22nd day of August 2008:

Eclipse Produce, Inc.
f/d/b/a Eclipse Distribution, Inc.
100 Batson Court, Suite 106
New Lenox, IL   60451

Thomas R. Wilmoth
100 Batson Court, Suite 106
New Lenox, IL   60451

Thomas Hanyzewski
100 Batson Court, Suite 106
New Lenox, IL   60451

_/s/ Mark A. Amendola_
One of the Attorneys for Plaintiff Del Monte
Fresh Produce N.A., Inc.