UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Del Monte Fresh Produce N.A., Inc.
                                            Plaintiff,

v.                                          Case No.: 1:08−cv−04069
                                            Honorable Ruben Castillo

Eclipse Produce, Inc., et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

    MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed without prejudice pursuant to the Notice of Voluntary Dismissal filed by Plaintiff on 8/22/2008. Status report filing date of 8/28/2008 and status hearing set for 9/3/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.